# SUMMONS - CIVIL

(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 thru 3-21, 8-1

**STATE OF CONNECTICUT**
## SUPERIOR COURT
www.jud.state.ct.us

**"X" ONE OF THE FOLLOWING:**
*Amount, legal interest or property in demand, exclusive of interest and costs is:*

- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [X] $15,000 or more
  ("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

**INSTRUCTIONS**

1. Type or print legibly; sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

TO: Any proper officer, BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

**RETURN DATE (Mo., day, yr.) (Must be a Tuesday)** 4/27/04

| | | | | |
|---|---|---|---|---|
| [X] JUDICIAL DISTRICT | | | AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) | CASE TYPE (See JD-CV-1c) |
| [ ] HOUSING SESSION | [ ] G.A. NO. | | New London | Major **M**   Minor **90** |

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)
70 Huntington Street, New London 06320

**TELEPHONE NO. (w/area code)**
860-443-5363

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) NOTE: Individuals' Names: Last, First, Middle, initial | | | [ ] Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|---|---|
| **FIRST NAMED PLAINTIFF** | Noon, Michael  26 Cutler Street, Stonington, CT  06378 | | | | 01 |
| Additional Plaintiff | | | | | 02 |
| **FIRST NAMED DEFENDANT** | Department of Corrections, Service upon:   Attorney General's Office, 110 Sherman Street, Hartford, CT  06105 | | | | 50 |
| Additional Defendant | | | | | 51 |
| Additional Defendant | | | | | 52 |
| Additional Defendant | | | | | 53 |

## NOTICE TO EACH DEFENDANT

1. YOU ARE BEING SUED.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.

6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE | SIGNED (Sign and "X" proper box) | | X Comm. of Superior Court  [ ] Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT |
|---|---|---|---|---|
| 3/18/04 | | | | Darren G. Waggoner |

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) | TELEPHONE NUMBER | JURIS NO. (If atty. or law firm) |
|---|---|---|
| Sabilia, DeSantis & Waggoner, 247 Shaw St, New London 06320 | 860-444-0144 | 417215 |

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code)
Arlyn Davis, PO Drawer 191, New London 06320

SIGNATURE OF PLAINTIFF IF PRO SE

| # PLFS. | # DEFS. | # CNTS. | SIGNED (Official taking recognizance; "X" proper box) | X Comm. of Superior Court  [ ] Assistant Clerk | For Court Use Only |
|---|---|---|---|---|---|
| 1 | 1 | 1 | | | FILE DATE |

**IF THIS SUMMONS IS SIGNED BY A CLERK:**

a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

A TRUE COPY ATTEST

STATE MARSHAL
MARYANN DOUGLAS
P.O. BOX 494, PLAINVILLE, CT 06062

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|
| | | | |

RETURN DATE:   APRIL 27, 2004      SUPERIOR COURT

MICHAEL NOON                       JUDICIAL DISTRICT OF NEW LONDON

v.                                 AT NEW LONDON

DEPARTMENT OF CORRECTION           MARCH 18, 2004

## COMPLAINT

### COUNT 1
### VIOLATION OF C.G.S. §§ 46a-60(a)(1) AND (4); AND
### 42 U.S.C. § 2000e-2(1) AND (2)

1. Defendant, Department of Correction ("DOC"), is a department of the State of Connecticut. DOC is located at 24 Wolcott Hill Road, Wethersfield, Connecticut 06109. Pursuant to C.G.S. § 52-64, service upon DOC "may be made by leaving a true and attested copy of the process, including the ... complaint, with the attorney general or at his office in Hartford." DOC employs more than 100 people.

2. Plaintiff, Michael Noon ("Noon") is a natural person. Noon resides at 26 Cutler Street, Stonington, Connecticut 06378. At all relevant times, Noon was employed by DOC.

3.   DOC violated the above-cited anti-discrimination laws by (a) discriminating against Noon with respect to the terms, privileges or conditions of Noon's employment with DOC on the basis of Noon's gender (male), (b) segregating or classifying Noon in a way which adversely affected Noon's status as an employee of DOC on the basis of Noon's gender (male) and (c) discriminating against Noon because Noon opposed DOC's acts of discrimination/segregation/classification.

4.   More specifically, from about April 2002 until about May 20, 2002, a co-worker of Noon's, who is female, and who was then pregnant, repeatedly engaged in the inappropriate and harassing act of demanding that Noon discuss with said co-worker the intimate details of Noon's personal life.  Said co-worker's demands interfered with Noon's employment with DOC.

5.   On each such occasion, Noon respectfully refused to discuss same with said co-worker.

Page 2 of  4

6.  Despite Noon's refusals to discuss same, said co-worker persisted.

7.  Noon thus filed with DOC a harassment report against said co-worker.

8.  Almost immediately after it received Noon's harassment, but 30 days before it completed its investigation of same, DOC unilaterally and, from Noon's perspective, involuntarily, transferred Noon to a DOC facility so far away from Noon's home that Noon was required to travel a total of nearly 100 miles to/from work each day.

9.  DOC's act of punishing the victim of harassment (instead of the perpetrator), and of doing so long before it had finished its own internal investigation of the victim's harassment complaint, together with the facts as outlined above, establish that DOC violated the above-cited anti-discrimination laws.

10. Noon was damaged by DOC's violation of the above-cited anti-discrimination laws.

Page 3 of 4

ilia, DeSantis
7aggoner, LLC
Attorneys
247 Shaw Street
'.O. Drawer 191
London, CT 06320
(860) 444-0144
x (860) 443-0003
uris No. 417215

11. Noon has satisfied all conditions precedent to the bringing of this action.

WHEREFORE, Noon claims from DOC: (A) compensatory damages (including, without limitation, emotional distress damages), (B) punitive damages, (C) attorney's fees and (D) costs.

Respectfully submitted:

Plaintiff,
by her attorneys:
Sabilia, DeSantis & Waggoner, LLC
by: Darren G. Waggoner

Page 4 of 4

A TRUE COPY ATTEST

STATE MARSHAL
MARYANN DOUGLAS
P.O. BOX 404, PLAINVILLE, CT 06062

RETURN DATE:   APRIL 27, 2004        SUPERIOR COURT

MICHAEL NOON                         JUDICIAL DISTRICT OF NEW LONDON

v.                                   AT NEW LONDON

DEPARTMENT OF CORRECTION             MARCH 18, 2004

### AMOUNT IN DEMAND

The amount, legal interest or property in demand is

$15,000.00 or more, exclusive of interest and costs.

Respectfully submitted:

X

Plaintiff,
by his attorneys:
Sabilla, DeSantis & Waggoner, LLC
by: Darren G. Waggoner

Page 1 of  1

ilia, DeSantis
Waggoner, LLC
Attorneys
247 Shaw Street
P.O. Drawer 191
London, CT 06320
(860) 444-0144
ax (860) 443-0003
Juris No. 417215

A TRUE COPY ATTEST

STATE        AL
M

P.O. BO        AS
        CT 06062

RETURN DATE:   APRIL 27, 2004       SUPERIOR COURT

MICHAEL NOON                        JUDICIAL DISTRICT OF NEW LONDON

v.                                  AT NEW LONDON

DEPARTMENT OF CORRECTION            MARCH 18, 2004

## PRAYER FOR RELIEF

WHEREFORE, Noon respectfully requests:

1.   That this Court enter Judgment against the Department of
     Correction awarding Noon: (A) compensatory damages
     (including, without limitation, emotional distress damages),
     (B) punitive damages, (C) attorney's fees and (D) costs.

                         Respectfully submitted:

                         X _____
                         Plaintiff,
                         by his attorneys:
                         Sabilia, DeSantis & Waggoner, LLC
                         by: Darren G. Waggoner


              Page 1 of  1         A TRUE COPY ATTEST

                                   STATE MARSHAL
                                   MARYANN DOUGLAS
                                   PO BOX 491, PLAINVILLE, CT 06062