UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC -1  A 10: 26
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| MICHAEL NOON<br>*Plaintiff* | : CIVIL NO. 3:04CV0507(RNC) |
| V. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF CORRECTION<br>*Defendant* | :<br>: NOVEMBER 30, 2004 |

## PARTIES' JOINT MOTION FOR STIPULATED DISMISSAL

Both parties hereby stipulate, through their undersigned counsel, that the above-captioned action is hereby dismissed pursuant to Rule 41(a)(1)(ii) with prejudice to the plaintiff reopening the same case and without any award of attorney's fees or costs by the Court.

BY: _____
THE PLAINTIFF
Sebastian O. DeSantis
Sabilia & DeSantis, LLC
Federal Bar No. ct20116
247 Shaw Street

December 2, 2004.  Noon v. Connecticut Dep't of Corr.
                   3:04CV0507 (RNC)

Re: Parties' Joint Motion for Stipulated Dismissal (Doc. #24)
Granted.  The clerk may close the file.  So ordered.

_____
Robert N. Chatigny, U.S.D.J.

FILED
2004 DEC -6  P 2: 04
U.S. DISTRICT COURT
HARTFORD, CT.