### UNITED STATES DISTRICT COURT
### STATE OF CONNECTICUT

| | |
|---|---|
| MICHAEL NOON,<br>*Plaintiff* | CIVIL ACTION<br>3:04CV0507(RNC) |
| v. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF CORRECTION<br>*Defendant* | DECEMBER 23, 2004 |

### PLAINTIFF'S MOTION FOR RETURN OF SURETY MONEY

The plaintiff, through undersigned counsel, hereby requests that the Court return to him the amount of $500.00 which was deposited with the court as surety money in the above-captioned action. The parties filed a Joint Motion for Stipulated Dismissal on November 30, 2004, which was granted on December 2, 2004.

                                                  PLAINTIFF,
                                                  MICHAEL NOON

BY: _____
                                        Sebastian O. DeSantis, ct20116
                                        Sabilia & DeSantis, LLC
                                        PO Drawer 191, 247 Shaw Street
                                        New London, CT 06320
                                        Tel. 860-444-0144
                                        Fax. 860-443-0003
                                        desantis@sdeslegal.com

## CERTIFICATION

I hereby certify that the original of the foregoing motion was served by first-class mail, postage prepaid, this 23rd day of December, 2004, to:

Nancy Brouillet
Attorney General's Office
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

Sebastian O. DeSantis
Commissioner of Superior Court